TECHNICAL PRESS v. SILVERMAN (two cases). (Supreme Court, Appellate Division, First Department. November 11, 1910.) Ac-

tion by the Technical Press against Sime J. Silverman. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.